**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

VINCENT MARK CASTILLO                          CIVIL ACTION

VERSUS                                          NO. 15-2376

SANDY MCCAIN, WARDEN                            SECTION: "A"(5)

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Vincent Mark Castillo for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE** insofar as it challenges the state criminal judgment rendered in Case No. 12-270 and **DISMISSED WITHOUT PREJUDICE** insofar as it challenges the state criminal judgments rendered in Case No. 96-4842 and Case No. 10-1601.

April 3, 2017

_____
UNITED STATES DISTRICT JUDGE